**PELTON GRAHAM LLC**
Brent E. Pelton
Taylor B. Graham
111 Broadway, Suite 1503
New York, NY 10006
(212) 385-9700
*Attorneys for Plaintiff and the Settlement Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOHN HUERTA, Individually and on Behalf of All Others Similarly Situated,**<br><br>                    **Plaintiff,**<br><br>-against-<br><br>**NEW ROCHELLE HOTEL ASSOCIATES LLC d/b/a RADISSON HOTEL NEW ROCHELLE and COLBY BROCK, Jointly and Severally,**<br><br>                    **Defendants.** | **7:18-cv-00102 (CS)** |

**NOTICE OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF COUNSEL'S FEES AND COSTS**

PLEASE TAKE NOTICE that, upon the annexed declaration of Brent E. Pelton, Esq., sworn to January 9, 2019, the exhibits annexed thereto, the annexed declaration of Keith Salhab, the exhibits annexed thereto, the accompanying memorandum of law in support of the Plaintiffs' motion for final approval of the settlement agreement ("Motion for Final Approval"), and all the pleadings and proceedings heretofore had herein, the undersigned moves this Court, before the Hon. Cathy Seibel, United States District Judge, in the Federal Building and United States Courthouse, 300 Quarropas St., White Plains, New York 10601, for an Order:

(1) granting final approval of the settlement reached by the parties in this action as embodied in their Settlement Agreement And Release;

(2) certifying the following New York Class under Federal Rule of Civil Procedure 23 for purposes of effectuating the settlement:

> All current and former employees of New Rochelle Hotel Associates, LLC who worked as banquet servers at any time between January 5, 2012 through October 30, 2018;

(3) granting final approval of the FLSA settlement;

(4) granting a service award to the Named Plaintiff in the amount of $3,000.00, in recognition of the services he rendered on behalf of the class;

(5) awarding Class Counsel's attorneys' fees of one-third (1/3) of the Settlement Fund and reimbursement of litigation expenses in the amount of $714.99;

(6) awarding Settlement Administrator's fees of $8,392.00; and

(7) granting any such other and further relief as the Court may deem just and proper.

For the Court's convenience, attached hereto as **Exhibit 1** please find Plaintiff's [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF CLASS COUNSEL'S FEES AND COSTS.

Dated: New York, New York
January 9, 2019

Respectfully submitted,

**PELTON GRAHAM LLC**

By: /s/ Brent E. Pelton
Brent E. Pelton (BP 1055)
Taylor B. Graham (TG 9607)
111 Broadway, Suite 1503
New York, New York 10006
Telephone: (212) 385-9700
Facsimile: (212) 385-0800

3

*Attorneys for Plaintiff and the Settlement Class*

Case 7:18-cv-00102-CS   Document 37   Filed 01/09/19   Page 3 of 3