UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOHN HUERTA, *individually and on behalf of*
*all others similarly situated*,

                    Plaintiff,                              **ORDER**

     -against-                                  No. 18-CV-102 (CS)

NEW ROCHELLE HOTEL ASSOCIATES LLC
d/b/a RADISSON HOTEL NEW ROCHELLE
and COLBY BROCK,

                    Defendants.
----------------------------------------------------------X

<u>Seibel, J.</u>

       For the reasons stated on the record, Plaintiff's Motion for Final Approval of Class

Settlement and Approval of Counsel's Fees and Costs, (Doc. 37), is GRANTED.  The Clerk of

Court is respectfully directed to terminate the pending motion, (Doc. 37), and close the case.

**SO ORDERED.**

Dated: January 23, 2019
       White Plains, New York

                                  _____
                                    CATHY SEIBEL, U.S.D.J.